FILED

2022 JUN -7 PM 3: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:22-cr-27-JA-PRL

18 U.S.C. §§ 2, 249(a)(1)

ROBERT DEWAYNE LASHLEY
ROY LAMAR LASHLEY

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

### (HATE CRIME ACTS)

On or about November 17, 2021, in the Middle District of Florida, the defendants,

**ROBERT DEWAYNE LASHLEY**
**and**
**ROY LAMAR LASHLEY,**

aiding and abetting one another, willfully caused bodily injury to D.B., a Black man, and, through the use of a dangerous weapon, attempted to cause bodily injury to D.B., because of D.B.'s actual and perceived race. Specifically, **ROBERT DEWAYNE LASHLEY** and **ROY LAMAR LASHLEY** repeatedly called D.B. racial slurs and repeatedly struck D.B. with closed fists and an axe

handle.

In violation of 18 U.S.C. §§ 2 and 249(a)(1).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

By: _____
Maura White
Trial Attorney

_____
Matthew Tannenbaum
Trial Attorney

2

FORM OBD-34
June 22                                   No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

ROBERT DEWAYNE LASHLEY
ROY LAMAR LASHLEY

INDICTMENT

Violations: 18 U.S.C. §§ 2 & 249(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of June 2022.

_____
Clerk

Bail $_____

GPO 863 525